# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

JIMMY SHANE CANTRELL                                                      PLAINTIFF
ADC #98730

V.                   NO: 2:11CV00228 JMM/HDY

JUANITA MILLS *et al.*                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's claims against Defendants William Ivory, John Munn, J. Hughes, Marion Smith, Yolanda Roby, Lathan Ester, Todd Ball, Danny Burl, James Gibson, Ray Hobbs Larry May, and Does, are DISMISSED WITH PREJUDICE, and the names of said Defendants are removed as party Defendants.

2. Plaintiff is allowed to proceed only on his claim of retaliation against Defendant Juanita Mills.

DATED this 10th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE