# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

JIMMY SHANE CANTRELL     PLAINTIFF
ADC #98730

V.     NO: 2:11CV00228 JMM/HDY

JUANITA MILLS *et al.*     DEFENDANTS

## ORDER

On February 27, 2012, Plaintiff submitted for filing an affidavit in *Cantrell v. Corizon, Inc. et al.*, ED/AR No. 2:12CV18. Because Plaintiff referenced the above-styled case in the affidavit, it was docketed as a letter in this case. In the letter, Plaintiff appears to request a copy of the docket sheet, along with a copy of his discovery requests which were filed on February 13, 2012. For good cause shown, Plaintiff's request is granted, and the Clerk is directed to send Plaintiff a copy of his requests for production of documents (docket entry #13), and a copy of the docket sheet.

IT IS SO ORDERED this  28  day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE