**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

JIMMY SHANE CANTRELL                                                                                  PLAINTIFF
ADC #98730

V.                                        NO: 2:11CV00228 JMM

JUANITA MILLS *et al.*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE