IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JIMMY SHANE CANTRELL                                                                                           PLAINTIFF
ADC #98730

V.                                         NO: 2:11CV00228 JMM

JUANITA MILLS *et al.*                                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendant's motion for summary judgment (docket entry #53) is GRANTED, and Plaintiff's complaint is DISMISSED.

2. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE with respect to his claim against Defendant Juanita Mills.

3. Plaintiff's complaint is DISMISSED WITH PREJUDICE in all other respects.

4. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE