## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

JIMMY SHANE CANTRELL                                                                                   PLAINTIFF
ADC #98730

V.                                         NO: 2:11CV00228 JMM

JUANITA MILLS *et al.*                                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice with respect to Plaintiff's claim against Defendant Juanita Mills, and with prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE